THE PEOPLE OF THE STATE OF NEW YORK ex rel. 711 CORPORATION, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [1400 Grand Concourse, Borough of The Bronx.]

Submitted January 13, 1955; decided February 28, 1955.

*Sidney S. Levine* for appellant.

*Leo A. Larkin, Acting Corporation Counsel (Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS and BURKE, JJ.